JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. FITZSIMMONS,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Respondent. | Case No. EDCV 15-1142-KES<br><br>**JUDGMENT** |

  IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: May 11, 2016

                  /s/ Karen E. Scott
                  KAREN E. SCOTT
                  UNITED STATES MAGISTRATE JUDGE